# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:15CR360 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CHRISTINA MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by defendant Christina Martinez (Martinez) (Filing No. 21). Martinez seeks a continuance of the trial of this matter which was scheduled for May 9, 2016. Martinez's counsel represents Martinez consents to the motion and acknowledges she understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Martinez's counsel represents that government's counsel has no objection to the motion. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Martinez's motion to continue trial (Filing No. 21) is granted.

2. Trial of this matter is re-scheduled for **July 5, 2016,** before Senior Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **May 2, 2016, and July 5, 2016,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 2nd day of May, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge