# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:15CR360 |
| vs. | ORDER |
| CHRISTINA MARTINEZ, | |
| Defendant. | |

This case came before the Court on a hearing following the arrest of the defendant pursuant to sealed Document [33]. The government alleges the defendant violated the conditions of her release as follows: Failing to report to Pretrial Services as directed; failing drug tests; not completing community services hours; failure to secure employment; leaving the Stephen Center without authorization; and admitting to using illegal substances. A warrant for the defendant's arrest was issued.

A hearing was held on August 23, 2017. Assistant Federal Public Defender, Richard McWilliams, represented the defendant. Kimberly Bunjer, Assistant United States Attorney, represented the government. After being advised of the nature of the allegations, rights, and the consequences if the allegations were found to be true, the defendant admitted the allegations. The Court took judicial notice of the Pretrial Services Violation Report of Officer Julie Gust dated August 23, 2017. The Court finds the allegations are generally true and finds the defendant violated the conditions of release.

After providing both parties an opportunity for allocution as to disposition and considering the report of Pretrial Services, I find the Order Setting Conditions of Release [13] should be revoked. I find the defendant is unlikely to abide by conditions of release. I find that there is no condition or combinations of conditions that would reasonably assure the defendant's presence for further proceedings, or the safety of the community if the defendant were to be released upon conditions.

**IT IS ORDERED:**

1. The government's oral motion to detain the defendant pending trial is granted;

2. The January 20, 2016 Order Setting Conditions of Release [13] is hereby revoked; and

3. The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentence or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of the Court of the United States or on the request of an attorney for the Government, the person in charge of the correctional facility shall deliver the defendant to the United States Marshal for purpose of an appearance in connection with a court proceeding.

Dated this 25th day of August, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge